UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO STUDDARD, aka ALPHONSO STODDARD,<br><br>    Petitioner,<br><br>    v.<br><br>B. M. TRATE,<br><br>    Respondent. | No. 1:22-cv-01233-JLT-SKO (HC)<br><br>ORDER FOR SUPPLEMENTAL BRIEFING<br><br>*Thirty Day Deadline* |

    Petitioner Alphonso Studdard, aka Alphonso Stoddard, is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 2, 2022, the assigned magistrate judge issued findings and recommendations to dismiss the petition as successive and for lack of jurisdiction. (Doc. 5.) On December 2, 2022, Petitioner timely filed objections to the findings and recommendations. (Doc. 9.)

    In evaluating the case, the Court finds that its decision-making would benefit from clarification regarding the nature of the underlying claim presented. It appears that Petitioner is

1

contending—possibly for the first time—that the two prior federal offenses that were counted as predicates for purposes of imposing a mandatory minimum life sentence upon him pursuant to 18 U.S.C. § 3559 should not have been counted as predicates at all because the offenses were more than fifteen years old when he committed the offense(s) for which he is currently imprisoned. It is unclear, however, what authorities, if any, support this contention. Within thirty days of the date of this order, Petitioner is directed to file a supplemental brief no longer than seven pages in length that explains exactly what statutory provision(s) or caselaw supports this claim. **The brief should not discuss any other issue**. If Petitioner fails to timely file such a brief, the Court will rule on the pending findings and recommendations on the present record.

IT IS SO ORDERED.

Dated:   **December 16, 2022**

UNITED STATES DISTRICT JUDGE